UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

   v.                                 NO. CIV. S-05-1983 LKK/DAD

PARAGARY'S MANAGEMENT GROUP,
et al.,

       Defendants.
_____/

### ORDER OF RECUSAL AND REASSIGNMENT

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

////

////

1

1    2.   All currently scheduled dates in the above-captioned
2 action are **VACATED**;
3    3.   The Clerk of the Court reassign this case to another
4 judge for all further proceedings, making appropriate adjustments
5 in the assignments of civil cases to compensate for such
6 reassignment; and
7    4.   This case is REASSIGNED to the Honorable
8 FRANK C. DAMRELL, JR.        .
9    IT IS SO ORDERED.
10    DATED:  December 2, 2005.

            /s/Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

2