UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

    v.

PARAGARY'S MANAGEMENT
GROUP, et al.,

        Defendants.

NO. CIV. S-05-1983   FCD/DAD

ORDER

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are **VACATED**; and

3. Attached is the scheduling order before the newly assigned judge.

IT IS SO ORDERED.

DATED: December 6, 2005.

                             /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL, Jr.
                             UNITED STATES DISTRICT COURT

1 | This case is reassigned to United States District Judge _Morrison C. England, Jr._.

2 | IT IS SO ORDERED.

3 | DATED: 12/13/2005

```
                              _____
                              DAVID F. LEVI
                              Chief United States District Judge
```