ALDEN J. PARKER (Cal. Bar No. 196808)
BASHAM PARKER LLP
555 University Avenue, Suite 170
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5845

Attorneys for Defendant
PARAMOOR, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 2:-05-cv-1983-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| PARAGARY'S MANAGEMENT GROUP d/b/a Paragary's Bar and Oven, et al., | |
| Defendants. | Complaint Filed: September 29, 2005<br>Trial: None |

Defendant PARAMOOR, INC. ("Defendant"), filed a Substitution of Attorney on April 26, 2006, requesting Basham Parker LLP, 555 University Avenue, Suite 170, Sacramento, California 95825 (916) 925-5850, be substituted in as its attorney of record in the above captioned matter in the place of Jackson Lewis LLP.

IT IS SO ORDERED.

Date: May 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE