WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
CINDY O'HARA , SBN  114555
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5653
Facsimile No. (415) 625-5657

Attorneys for Plaintiff EEOC

ALDEN PARKER, SBN 196808
BASHAM PARKER, LLP
555 University Avenue, Suite 170
Sacramento, CA 85825
Telephone No. (916) 925-5850
Facsimile No. (916) 925-5854

Attorneys for Defendant Paramoor, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br>     v.<br><br>PARAGARY'S MANAGEMENT GROUP d/b/a Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Spataro; PARAMOOR, INC. d/b/a Paragary's Management Group, Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Paragary's Bar and Oven, Spataro; and PDK PARTNERSHIP.<br><br>          Defendants. | CIVIL ACTION NO. 2:05-CV-01983-MCE-DAD<br><br>**JOINT STATUS (PRETRIAL SCHEDULING) CONFERENCE REPORT AND ORDER**<br><br>Date:     December 19, 2008<br>Time:    9:00 a.m.<br>Location: Courtroom 7 |

The parties submit this Status Report and [Proposed] Order.

Cindy O'Hara is the Senior Trial Attorney for Plaintiff Equal Employment Opportunity

1

PDF created with pdfFactory trial version www.pdffactory.com

Commission. Alden J. Parker, with Basham Parker, LLP, represents Defendant Paramoor, Inc. Because of the settlement posture of the case, the parties file this abbreviated report, and request that the Court vacate the December 19, 2008 Scheduling Conference, and re-notice the Conference for February 6, 2009, for the reasons stated below.

**I.      Brief Summary of the Facts Alleged in the Complaint and Defendants' Position.**

   **A.      Plaintiff's Position**

The Equal Employment Opportunity Commission ("EEOC") filed this action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 alleging that Defendants subjected Charging Party Leticia Fernandez and class member Juana Jimenez to a hostile work environment based on their sex, female, and disparate treatment based on their sex and national origin, Mexican female. Ms. Fernandez and Ms. Jimenez were employed as restaurant staff. The sexual harassment included both verbal and physical acts. The disparate treatment included but was not limited providing different terms and conditions of employment to the women such as requiring them to do the work of non-Mexican female employees, and denying then breaks and requested leave. The alleged discrimination took place between December 2001 to August 2003.

   **B.      Defendant's Position**

Defendant Paramoor, Inc., denies the allegations in their entirety. The restaurant where the women had worked, Paragary's Gold River Bar and Oven in Gold River, CA, was sold in 2004 and now operates under different ownership. Paramoor, Inc. is the only proper defendant in this action..

**II.      Settlement Posture.**

On September 11, 2008, the parties conducted a mediation session before retired Judge Raul A. Ramirez. In attendance were Ms. Fernandez and Ms. Jimenez, Ms. O'Hara and Supervisory Trial Attorney Jonathan Peck of the EEOC, Mr. Parker for defendant Paramoor, Inc., Randy Paragary, and a representative of defendant's insurance company. During the mediation, the parties reached agreement on many issues and reached tentative agreement. Following mediation, the parties have exchanged comments on specific aspects of the proposed Consent Decree and appear to be close to resolution. The parties believe the remaining issues can be resolved in the next eight weeks, accommodating the parties' trial schedules and holidays. If the parties cannot bridge their

.

2

PDF created with pdfFactory trial version www.pdffactory.com

differences among themselves on certain issues, Judge Ramirez indicated at the September mediation that he would be available to assist, if needed. The parties would return to Judge Ramirez, if necessary.

**III.    Scheduling Conference**

The parties request that the Court vacate the December 19, 2008 Scheduling Conference and reschedule the Conference to February 6, 2009, at which time, in the unlikely event the parties, with the assistance of Judge Ramirez, cannot resolve the remaining issues, that the Court schedule pre-trial and trial dates.

Respectfully submitted,

December 5, 2008         U. S. EQUAL EMPLOYMENT
                         OPPORTUNITY COMMISSION
                         CINDY O'HARA, Senior Trial Attorney

                         By:  /s/ Cindy O'Hara         .
                              Cindy O'Hara

                         Attorney for Plaintiff U.S. Equal Employment Opportunity Commission

December 5, 2008         BASHAM PARKER, LLP
                         ALDEN J. PARKER, Esq.

                         By:  /s/ Alden J. Parker         .
                              Alden J. Parker

                         Attorneys for Defendants PK Partnership; Paramoor, Inc.

3

PDF created with pdfFactory trial version www.pdffactory.com

**CASE MANAGEMENT ORDER**

The Court hereby vacates the December 19, 2008 Scheduling Conference and continues the Scheduling Conference to February 6, 2009.

**IT IS SO ORDERED.**

DATED: December 9, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com