1 WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
2 CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
3  COMMISSION
San Francisco District Office
4 350 The Embarcadero, Suite 500
San Francisco, California  94105
5 Telephone:  (415) 625-5653
Facsimile: (415) 625-5657
6
Attorneys for Plaintiff Equal Employment Opportunity Commission
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action  2:05-CV-01983-MCE-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FOR 28 DAYS** |
| v. | |
| **PARAGARY'S MANAGEMENT GROUP d/b/a Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Spataro; PARAMOOR, INC. d/b/a Paragary's Management Group, Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Paragary's Bar and Oven, Spataro; PDK PARTNERSHIP; and PK Partnership.** | |
| Defendants. | |

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Paragary's Management Group, et al, hereby jointly request that the Status Conference in the above captioned matter, currently set for February 6, 2009, be continued for 28 days (4 weeks), to March 6, 2009, to allow the parties to finalize and lodge their consent decree settlement.   This request is made on the following basis:

///

///

On September 11, 2008, the parties to this matter had a private mediation with (Ret.) Judge Raul Ramirez, and reached a tentative settlement, to be lodged for the Court's approval as a consent decree, with certain details to be worked out by the parties. Subsequent to that mediation, the parties discussed the matters to be worked out and reached agreement on many of them, although there are still a few matters outstanding.   The parties had a December 19, 2008 Status Conference scheduled in this matter, and at that time requested a continuance to work out their differences and lodge a consent decree with the Court. The Court granted the parties a continuance of the Status Conference to February 6, 2009.

Since their prior request for a continuance, the parties have exchanged consent decree drafts, but have not yet finalized all provisions of the decree. The parties could not discuss the matter last week as Plaintiff EEOC counsel's Cindy O'Hara was out of the office ill, and Defendant's counsel was in Alaska in deposition. As a result, they have not yet been able to finalize an agreement.

The four week continuance hereby requested is jointly requested, and will not result in prejudice to either party.

It is so stipulated.

E-filing concurrence:  I, Cindy O'Hara, counsel for Plaintiff EEOC, spoke this afternoon with Defendant's counsel Alden Parker and obtained his agreement and stipulation to the filing of this stipulated continuance request.

| Dated: February 2, 2009 | Dated: February 2, 2009 |
|---|---|
| EEOC | BASHAM PARKER, LLP |
| ___/S/ Cindy O'Hara___<br>Attorneys for Plaintiff | ___/S/ Alden Parker___<br>Attorneys for Defendant |

**ORDER**

Having considered the joint request and stipulation of the parties,

IT IS HEREBY ORDERED that the Status Conference currently set in this matter for February 6, 2009, is continued four weeks (28 days) to March 5, 2009 at 2:00 PM.

Dated: February 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE