WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:  (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Case No.  2:05-CV-01983-MCE-DAD |
| Plaintiff, | **CONSENT DECREE** |
| v. | |
| **PARAGARY'S MANAGEMENT GROUP** d/b/a Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Spataro; **PARAMOOR, INC.** d/b/a Paragary's Management Group, Paragary's Bar and Oven, Blue Clue, Cafe Bernardo, Centro Cocina, Esquire Grill, KBar, Monkey Bar, Paragary's Bar and Oven, Spataro; PDK **PARTNERSHIP;** and PK Partnership. | |
| Defendants. | |

Plaintiff Equal Employment Opportunity Commission ("Commission") filed this action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of discrimination based on sex, and to provide appropriate relief to Leticia Fernandez and similarly situated women, whom the Commission alleged were adversely affected by such practices.

The Commission alleged that Defendant Paramoor, Inc. ("Paramoor") subjected Ms. Fernandez and similarly situated women to unlawful harassment based on their sex, in violation of Title VII.  Defendant denies the above allegations and claims.  The Commission and Defendant Paramoor now seek to resolve this action as to each other and as between Paramoor and Leticia Fernandez ("Fernandez") and Juana Jimenez ("Jimenez") without further contested litigation through the instant Consent Decree.  This resolution does not constitute an admission of liability on the part of Paramoor, nor constitute a finding on the allegations stated in the Commission's Complaint.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, and the applicable law, and now approves this Consent Decree.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

**GENERAL PROVISIONS**

1. This Court has jurisdiction over the subject matter and the parties to this action.  This Court retains jurisdiction over this Consent Decree during its term.

2. This Consent Decree constitutes a full and final resolution of the Commission's claims against all named Defendants in this action.

3. This Consent Decree will become effective upon its entry by the Court.

4. This Consent Decree is final and binding upon the parties to it, their successors and assigns.

5. The Commission and Paramoor will each bear its own costs and attorneys fees in this action.

**GENERAL INJUNCTIVE RELIEF**

6. Paramoor and its current officers, agents, employees, and all persons in active concert or participation with them is enjoined from discriminating based on sex or permitting the existence of a work environment that is hostile to employees based on their sex as prohibited under Title VII.

///

///

7. Paramoor and its current officers, agents, employees, and all persons in active concert or participation with them is enjoined from engaging in, implementing or permitting any action, policy or practice which retaliates against Fernandez or Jimenez, or any other employee or former employee, for having testified or participated in any manner in the Commission's investigation and the proceedings in this case.

**SPECIAL INJUNCTIVE RELIEF**

**Non-Discrimination Policies and Complaint Procedures**

8. Within thirty (30) days of the entry of this Consent Decree, Paramoor will issue a written anti-harassment policy, in English and Spanish. Said policy will incorporate the following policy statement:

> Paramoor, Inc. is firmly committed to creating and maintaining a workplace free of unlawful discriminatory harassment; to swiftly and firmly respond to any acts of harassment of which the company becomes aware; to implementing a disciplinary system that is designed to strongly deter future acts of unlawful harassment or retaliation; and to actively monitor its workplace in order to ensure tolerance, respect and dignity for all employees. Paramoor encourages its employees to come forward with complaints of unlawful discrimination or harassment, and will not retaliate against individuals who report harassment in the workplace.

9. In order to accomplish the objectives reflected in the policy statement referenced in Paragraph 8 of this Decree, Paramoor will make sure that its written anti-harassment policy (a) includes definitions of discriminatory harassment, with specific reference to harassment based on sex; (b) includes examples to supplement the definitions of harassment based on sex; (c) provides for substantial discipline and/or corrective action for incidents of discriminatory harassment; (d) includes strong non-retaliation language, (e) provides for substantial discipline for incidents of retaliation; (f) provides that complaints of harassment and/or retaliation will be accepted irrespective of whether they are made verbally or in writing; (g) explains that Defendant will conduct a prompt and thorough investigation after a complaint is made or received and, where appropriate, will take remedial action upon conclusion of an investigation;

///
///

and (h) indicates that, promptly upon the conclusion of the investigation of a complaint, Defendant will communicate to the complaining party the results of the investigation and a description of the remedial actions taken or proposed, if any.

10. The above-referenced written anti-harassment policy will contain a complaint procedure that will encourage employees to come forward with complaints about violations of the harassment policy. As part of the policy, Defendant will provide its employees with convenient, confidential and reliable mechanisms for reporting incidents of harassment. Defendant's anti-harassment policy will notify employees that they may lodge a complaint with their immediate supervisor, with any other member of management or with Human Resources Representative Laura Herman. The complaint procedure will provide a method for employees to make complaints in Spanish. Paramoor's written complaint procedure will be posted, in Spanish and English, in a prominent place accessible to all employees.

11. Within ten (10) days of the completion of its revised anti-harassment policy, Paramoor will distribute it to all workers, and will provide copies to all new and returning workers as they enter or re-enter the workforce.

**Training**

12. Paramoor will use an outside consultant, paid for by Paramoor, to train all employees, once within every twelve (12) months period during the term of this decree (three trainings total), concerning sex discrimination, including the legal prohibitions on harassment. Said trainings will be of no less than two hours in length per training, and will be introduced by a member of upper management for Paramoor. Said trainings will be conducted in both Spanish and English.

13. In addition to the training referenced in Paragraph 12, Paramoor will provide at least two hours additional training to Laura Herman on what to do when she or a member of Paramoor management or supervisory staff receives a complaint of sexual harassment, how to investigate such complaints, and the steps to take once the investigation is completed.

**Record Keeping and Reports**

14.     Within ten (10) days of the completion of the revision of its anti-harassment policy, Paramoor will send a copy of said policy to counsel for the Commission.

15.     Within thirty (30) days after completing each training session described in Paragraph 12 and 13, Paramoor will mail to counsel for the Commission a report containing the date of training, the name and position of the individual from upper management who introduced the training, an outline of the training content, a list of all attendees, and copies of all materials distributed at the training.

16.     Once every six (6) months, to be measured beginning at the date of entry of this Consent Decree and continuing for the duration of this Consent Decree, Paramoor will notify the counsel for the Commission whether it has received any complaints of sexual harassment from its employees (whether said complaints were filed with an administrative agency or simply raised to a management official at the workplace), what steps were taken in response to any such complaint, and how the situation was resolved.

**Reference Letter and Referrals**

17.     Paramoor will prepare individual letters of reference for Leticia Fernandez and Juana Jimenez.  Each letter will state their dates of employment, job title, wage rate, and that their employment with Paramoor ceased with the closure of the Gold River Paragary's Bar and Oven.  The letter will further state that any inquiries regarding their employment or requests for confirmation thereof should be directed to Paramoor Human Resources Representative Laura Herman, giving Ms. Herman's contact information.  Paramoor further agrees that Ms. Herman, if contacted, will not reference Ms. Fernandez and Ms. Jimenez's harassment complaints, and will not provide negative references.

///

///

**MONETARY RELIEF**

18.    Paramoor will pay the sum of $60,000.00 as damages and in complete satisfaction of the Commission's claims against Paramoor as set forth in its Complaint. This sum will be allocated by the Commission, at its sole discretion, among Ms. Fernandez and Ms. Jimenez.  This sum will be paid by check made out directly to each individual designated by the Commission, at addresses to be provided to Paramoor counsel by counsel for Plaintiff Commission.   Said checks will be sent by Paramoor within ten (10) days of transmission of the names and addresses of the individuals to whom the sum is being allocated and the amount of allocation to each individual, with a copy of the checks and any transmittal letter to Cindy O'Hara as counsel for the Commission.

**EXPIRATION OF CONSENT DECREE**

19.    This Consent Decree constitutes a full and final resolution of all the Commission's claims against Paramoor in this action. This Consent Decree will be in effect for three years, and will expire at midnight of the date three years after its entry by the Court, provided that Paramoor has substantially complied with the terms of this Consent Decree.  Paramoor will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Decree that Paramoor has failed to comply with any of the terms of this Decree.

///
///
///
///
///
///
///
///
///

**E-filing concurrence:** I, Cindy O'Hara, attorney for Plaintiff Commission, attest that I have obtained the concurrence of Alden Parker, attorney for Defendant Paramoor, for the lodging of this Consent Decree.

| On Behalf of Plaintiff Commission: | On Behalf of Defendant: |
|---|---|
| Dated: April 15, 2009 | Dated: April 15, 2009 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | BARHAM PARKER |
| /S/ William Tamayo<br>WILLIAM TAMAYO, Regional Attorney | /S/ Alden Parker<br>ALDEN PARKER<br>Attorneys for Defendant Paramoor |
| /S/ Jonathan Peck<br>JONATHAN PECK, Supervisory Trial Attorney | |
| /S/ Cindy O'Hara<br>CINDY O'HARA, Senior Trial Attorney | |

**ORDER**

It is so ordered.

Dated: April 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE